In re Albert PRIEST, Jr., Debtor.

Albert PRIEST, Jr., Plaintiff,

v.

PROGRESSIVE SAVINGS & LOAN ASSOCIATION, a corporation, Trusten E. Apperson and Janet J. Apperson, husband and wife, West Whittier Paint Co., Western Medical Commercial Exchange, Inc., a corporation, State of California, State Board of Equalization, Guadalupe Priest, wife of plaintiff herein, Curtis B. Danning, interim trustee, Defendants.

Internal Revenue Service, United States of America, Defendant-Appellant,

State of California, Employment Development Department, Defendant-Appellee.

PROFESSIONAL ESCROW SERVICES, a California corporation, Plaintiff,

v.

Esther B. MENDELSOHN, Robert Muchnikoff, Anita R. Muchnikoff, Robert Muchnikoff and Anita Muchnikoff dba Bob's Luncheonette and Does 1 through 10, inclusive, Defendants.

State of California, Employment Development Department, Defendant-Appellee,

Internal Revenue Service, Defendant-Appellant.

Nos. 82–5321, 82–5392.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 9, 1983.

Decided Jan. 30, 1984.

Gayle P. Miller, Atty., Dept. of Justice, Washington, D.C., for defendant-appellant.

Diane M. Spencer, Deputy Atty. Gen., Los Angeles, Cal., for defendant-appellee.

(Opinion August 10, 1983, 9 Cir., 1983,
712 F.2d 1326).

Before CHAMBERS, HUG and CANBY,
Circuit Judges.

The amended opinion, 712 F.2d 1326, in
these matters is further amended by insert-
ing the following wording commencing at
the final two lines on page 3750 of the
slipsheet and continuing until the wording
now found at line 4 of page 3751 resumes,
at line 3 column 1 page 1329 of 712 F.2d
and continuing until the wording found at
line 10 resumes:

> the test of *New Britain.* We agree with
> the bankruptcy judge in *Priest* that under
> the current California statute, "a lien
> cannot arise prior to the taking of any
> administrative steps to establish the lien."
> The mere receipt of a delinquent State
> tax return under the present scheme is
> too vague and indefinite.